

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELIAS WALKER, ) <br> ) <br> Defendant. ) <br> ) | Cr. No. 05-1087GT <br><br> ORDER |

On January 4, 2008, defense counsel for Elias Walker electronically filed an Amended Motion for Discovery and to Dismiss Violation. The hearing date for the OSC was set for January 8, 2008. Under the Local Rules, all criminal motions and objections must be filed at least 14 days prior to the hearing date. With the commencement of the electronic filing system, all attorneys were put on an "honor system" whereby they were not to file late motions or objections without explicit leave of the Court. Defense counsel did not request nor receive leave of the Court to file these objections late. Accordingly,

//

1 | **IT IS ORDERED** that Defendant's Motions are to be stricken from the record and deemed
2 | not filed.
3 | **IT IS SO ORDERED.**

Jan 7, 2008
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel