EX PARTE / ~~UNDER SEAL~~

**FILED**
FEB 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim No. 05-CR1087-GT |
| Plaintiff, | ORDER AUTHORIZING ISSUANCE OF RULE 17(b) SUBPOENAS |
| v. | |
| ELIAS WALKER, | |
| Defendant. | |

Upon an <u>Ex Parte</u> Application to the Court, by defendant, by and through his counsel:

**IT IS HEREBY ORDERED** that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, subpoenas <u>ad testificandum</u> be issued to:

1. Stephen Walker
   ███████████

2. Gary Garcia
   ███████████

3. Angie Garcia
   ███████████

4. Diana Vargas
   ███████████

The United States Marshals need not serve the authorized subpoenas, as service of the authorized subpoenas will be arranged by Federal Defenders of San Diego, Inc.

//
//
//

05CR1087-GT

1  //

2  **IT IS FURTHER ORDERED** that the costs incurred by the process and fees of the
3  witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid
4  in the case of witnesses subpoenaed on behalf of the government.

5  ~~IT IS FURTHER ORDERED that this ex parte application and order be filed under seal~~
6  ~~and their confidentiality maintained and not disclosed to the Government.~~   2-5-08

7  **IT IS SO ORDERED.**

8
9  Dated: 2-5-08

   HONORABLE GORDON THOMPSON, JR.
10  United States District Judge

11

12  PRESENTED BY:

13  SARA M. PELOQUIN
    Federal Defenders of San Diego, Inc.
14  Attorneys for Mr. Walker